FILED US District Court-UT
AUG 30 '23 PM 12:41

TRINA A. HIGGINS, United States Attorney (#7349)
RYAN N. HOLTAN, Special Assistant United States Attorney (#13244)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. MONTRAIL DEEVON JOHNSON, Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br><br> Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (>40 grams) <br><br> Count 2: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition <br><br> Count 3: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms and Ammunition <br><br> Case: 2:23-cr-00310 <br> Assigned To : Stewart, Ted <br> Assign. Date : 8/29/2023 |
|---|---|

The Grand Jury charges:

COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about July 10, 2023, in the District of Utah,

MONTRAIL DEEVON JOHNSON,

defendant herein, did knowingly and intentionally possess with intent to distribute forty (40) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 10, 2023, in the District of Utah,

MONTRAIL DEEVON JOHNSON,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Taurus G2C 9mm semi-automatic pistol and associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

COUNT 3
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms and Ammunition)

From a date unknown, but by at least July 19, 2023, through August 21, 2023, in the District of Utah,

MONTRAIL DEEVON JOHNSON,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit:

- Pioneer Arms Corp AK-47 7.62 x 39mm rifle
- Intratec AB-10 9mm semi-automatic pistol
- "LB" Mark II M38 STEN firearm
- Associated ammunition

and the firearms and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
Ryan N. Holtan
Special Assistant United States Attorney